```
FRAILING, ROCKWELL, KELLY & DUARTE
By: Sharon E. Kelly
State Bar No. 187936
P.O. Box 0142
Modesto, CA  95353-0142
Telephone: (209) 521-2552
FAX: (209) 526-7898

Attorneys for Plaintiff
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW MCDANIEL,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Commissioner of Social Security,<br><br>　　　　Defendant. | NO. 1:11-CV-00880-SMS<br><br>STIPULATION AND ORDER TO EXTEND TIME |

　　IT IS HEREBY STIPULATED by and between the parties, subject to the approval of the Court, that plaintiff's time to serve plaintiff's confidential letter on defendant be extended to February 6, 2012, an extension of 30 days.

///

///

///

///

///

///

This is plaintiff's first request for an extension of time. Plaintiff's attorney needs additional time to further review the file and prepare the confidential letter.

                                          Respectfully submitted,

Dated: January 3, 2012        By */s/ Sharon E. Kelly*
                                        Sharon E. Kelly
                                        Attorney for Plaintiff

Dated: January 3, 2012        Benjamin B. Wagner
                                        United States Attorney

                                        By */s/ Tova Walking*
                                        (As authorized via telephone)
                                        Tova Walking
                                        Special Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:   January 6, 2012**                /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE