```
FRAILING, ROCKWELL, KELLY & DUARTE
By: Sharon E. Kelly
State Bar No. 187936
P.O. Box 0142
Modesto, CA  95353-0142
Telephone: (209) 521-2552
FAX: (209) 526-7898
```

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW MCDANIEL, | NO. 1:11-CV-00880-SMS |
|     Plaintiff, | |
| vs. | STIPULATION AND ORDER TO EXTEND TIME |
| Commissioner of Social Security, | |
|     Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, subject to the approval of the Court, that plaintiff's time to serve plaintiff's confidential letter on defendant be extended to February 6, 2012, an extension of 30 days.

///
///
///
///
///
///

This is plaintiff's first request for an extension of time. Plaintiff's attorney needs additional time to further review the file and prepare the confidential letter.

Respectfully submitted,

Dated: January 3, 2012          By */s/ Sharon E. Kelly*
                                Sharon E. Kelly
                                Attorney for Plaintiff


Dated: January 3, 2012          Benjamin B. Wagner
                                United States Attorney

                                By */s/ Tova Walking*
                                (As authorized via telephone)
                                Tova Walking
                                Special Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:   January 6, 2012**                    **/s/ Sandra M. Snyder**
                                        UNITED STATES MAGISTRATE JUDGE

2